J-S40017-15

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellee | : | |
| | : | |
| v. | : | |
| | : | |
| MATTHEW CLARK McDONALD, | : | |
| | : | |
| Appellant | : | No. 1430 WDA 2014 |

Appeal from the Judgment of Sentence November 7, 2013,
Court of Common Pleas, Allegheny County,
Criminal Division at No(s): CP-02-CR-0000062-2013
and CP-02-CR-0000182-2013

BEFORE:  FORD ELLIOTT, P.J.E., DONOHUE and STRASSBURGER*, JJ.

JUDGMENT ORDER BY DONOHUE, J.:               **FILED JUNE 23, 2015**

Mathew Clark McDonald ("McDonald") appeals from the judgment of sentence entered following his convictions of robbery, conspiracy, and possessing instruments of crime.[1]  The trial court sentenced him to a five-year mandatory minimum sentence pursuant to 42 Pa.C.S.A. § 9712.  **See** Trial Court Opinion, 12/22/14, at 2-3.  In **Commonwealth v. Valentine**, 101 A.3d 801 (Pa. Super. 2014), this Court found § 9712 unconstitutional, therefore rendering illegal a sentence formulated thereunder.  **Id.** at 811-12 (finding that § 9712 violates the United States Supreme Court's decision in **Alleyne v. United States**, 133 S.Ct. 2151 (2013)).  McDonald's sentence is therefore illegal; accordingly, we vacate the judgment of sentence and

---

[1] 18 Pa.C.S.A. §§ 3701(a)(1)(ii), 903(c), 907(b).

*Retired Senior Judge assigned to the Superior Court.

remand this case to the trial court for resentencing without consideration of § 9712.[2]

Judgment of sentence vacated. Case remanded. Jurisdiction relinquished.

Judgment Entered.

_Joseph D. Seletyn_
Joseph D. Seletyn, Esq.
Prothonotary

Date: 6/23/2015

---

[2] We note that **Valentine** was decided two months after McDonald filed his notice of appeal. As **Valentine** was decided while McDonald's appeal was pending, he is entitled to the application of the new rule of law announced therein. **Commonwealth v. Newman**, 99 A.3d 86, 90 (Pa. Super. 2014) (en banc).